

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2018

No. 04-18-00761-CR

Jeffery John **ROMERO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-1680-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

Appellant's motion for leave to file a late docketing statement is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2018.


_____
KEITH E. HOTTLE,
Clerk of Court